UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIO OROZCO VENEGAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES A. YATES, Warden,<br><br>　　　　Respondent. | Case No. 1:11-cv-01652-LJO-BAM<br><br>ORDER DENYING PETITIONER'S MOTION TO CHANGE THE NAME OF RESPONDENT (DOC. 24) |

　　　Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court is the Petitioner's motion to substitute Daniel Paramo as Respondent based on Petitioner's having been transferred to the R. J. Donovan Correctional Facility, where Petitioner states that Daniel Paramo is the warden. Petitioner filed the motion on July 15, 2013.

　　　However, on August 22, 2013, Petitioner filed another notice of change of address to the California State Prison at Corcoran,

1

1 California.
2     Accordingly, Petitioner's motion to change the name of
3 Respondent to Daniel Paramo is DENIED.
4
5 IT IS SO ORDERED.
6     Dated:   **September 19, 2013**                    /s/ *Barbara A. McAuliffe*
7                                              UNITED STATES MAGISTRATE JUDGE